No. 1887. EL PUEBLO, APELADO, *v.* VERA, APELANTE.— Corte de Distrito de Aguadilla. Seducción. Resuelto en

marzo 16, 1922.   No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.